1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

United States of America,

                    Plaintiffs,

          v.

Richard A Finger Jr,

                    Defendant.

CR11-382 RSM

ORDER

12    Monies were deposited by defendants to the Court's Deposit Fund (6855XX).  Checks

13 were sent to the sole victim, Ryan Kern, as listed on the judgment, but were returned by the U.S.

14 Postal Service as "undeliverable" or returned as a check cancellation.  Numerous attempts have

15 been made to find a valid address but to no avail.

16    The monies were then moved to Unclaimed Fund (Fund 613300) as per the Judicial

17 Guidelines.

18    The victim subsequently notified the court of its correct mailing address, which was then

19 updated in our financial system.

19 //

20 //

21 //

22 //

23

ORDER - 1

1    IT IS NOW, THEREFORE, ORDERED that the monies placed into the Unclaimed

2  Funds be disbursed to the victim.

3    DATED this 6th  day of September 2019.

4

5                                      RICARDO S. MARTINEZ
                                       CHIEF UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2